# UNITED STATES DISTRICT COURT

District of    GUAM

Robert A. Samuelson, Sonny De Vera,
Napoleon Gonzales, Jr., Reynaldo Figueroa,
Angkenita Aneko, Tulen Tulen, Rozie
Takamine, and John M. McCormick,

          **Plaintiffs,**

     V.

International Trading Network, Ltd.
d/b/a Hyatt Regency Hotel,

         Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   O4-00043

```
            FILED
DISTRICT COURT OF GUAM

        OCT 13 2004

    MARY L. M. MORAN
     CLERK OF COURT
```

**TO:** (Name and address of Defendant)

     **INTERNATIONAL TRADING NETWORK, LTD.**
     **d/b/a HYATT REGENCY HOTEL**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

     Bill R. Mann, Esq.
     **BERMAN O'CONNOR MANN & SHKLOV**
     Suite 503, Bank of Guam Building
     111 Chalan Santo Papa
     Hagatna, Guam 96910

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against
you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with
the Clerk of this Court within a reasonable period of time after service.

**MARY L. M. MORAN**
    Clerk Of Court

CLERK

**SEP 24 2004**

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10/5/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| ROBERT HERNANDEZ | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: HYATT REGENCY, TUMON, Gu. (ROQUE LIMTIACO)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____10 - 05 - 04_____    _____Robert J Hernandez_____
                    Date                         Signature of Server

_____P.O. Box 12965 Tamuning Guam 96931_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.