BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778

Attorneys for Plaintiffs
Robert A. Samuelson, et al.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROBERT A. SAMUELSON, SONNY DE VERA, NAPOLEON GONZALES, JR., REYNALDO FIGUEROA, ANGKENITA ANEKO, TULEN TULEN, ROZIE TAKAMINE, DANIEL H. HIPOLITO and JOHN M. McCORMICK,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL TRADING NETWORK, LTD. d/b/a HYATT REGENCY GUAM,<br><br>Defendant. | CIVIL CASE NO. 04-00043<br><br>**PLAINTIFFS' MOTION TO FILE SECOND AMENDED COMPLAINT** |

COME NOW the Plaintiffs and move this Court to allow the filing of a Second Amended Complaint in the form attached hereto, and as grounds therefore state:

1. The proposed Second Amended Complaint is identical to the First Amended Complaint now on file, with the addition of three new Plaintiffs, namely Seiko M. Kirachky, Nelson S. Pius and Bwanina D. Salle.

2. Undersigned counsel is authorized to state that the Defendant does not oppose the filing of this Second Amended Complaint. A proposed Order is attached.

DATED this 5th day of November, 2004.

BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Plaintiffs

By: _____
BILL R. MANN

E:\Deenie\Pldgs\Samuelson-Hyatt\Mtn re 2ndAmCompl.wpd