**BERMAN O'CONNOR MANN & SHKLOV**
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778

Attorneys for Plaintiffs
*Robert A. Samuelson, et al.*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROBERT A. SAMUELSON, SONNY DE VERA, NAPOLEON GONZALES, JR., REYNALDO FIGUEROA, ANGKENITA ANEKO, TULEN TULEN, ROZIE TAKAMINE, DANIEL H. HIPOLITO and JOHN M. McCORMICK, | CIVIL CASE NO. 04-00043 |
| Plaintiffs, | |
| vs. | **CERTIFICATE OF SERVICE** |
| INTERNATIONAL TRADING NETWORK, LTD. d/b/a HYATT REGENCY GUAM, | |
| Defendant. | |

I hereby certify that on the 5th day of November, 2004, I caused to be served a copy of this Motion to File Second Amended Complaint on the following:

### VIA HAND DELIVERY

Michael A. Pangelinan, Esq.
CALVO & CLARK
655 S. Marine Drive
Tamuning, Guam 96913

Dated this 5th day of November, 2004.

**BERMAN O'CONNOR MANN & SHKLOV**

By: _____
**BILL R. MANN**

E:\Deenie\Pldgs\In Re GMHP BC00-00081\Cert Svc.wpd