BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778

Attorneys for Plaintiffs
Robert A. Samuelson, et al.

IN THE DISTRICT COURT OF GUAM

ROBERT A. SAMUELSON, SONNY DE VERA, NAPOLEON GONZALES, JR., REYNALDO FIGUEROA, ANGKENITA ANEKO, TULEN TULEN, ROZIE TAKAMINE, DANIEL H. HIPOLITO and JOHN M. McCORMICK,

Plaintiffs,

vs.

INTERNATIONAL TRADING NETWORK, LTD. d/b/a HYATT REGENCY GUAM,

Defendant.

CIVIL CASE NO. 04-00043

ORDER

The Plaintiffs have moved to file a Second Amended Complaint, which Complaint adds three additional Plaintiffs. The Motion is not opposed by the Defendant. The Court therefore grants the Plaintiffs' Motion to File a Second Amended Complaint.

SO ORDERED this 9th day of November, 2004.

JOAQUIN V.E. MANIBUSAN, JR.
DISTRICT COURT JUDGE (Magistrate)

E:\Deenie\Pldgs\Samuelson-Hyatt\Order re Mtn 2ndAmCompl.wpd