**CALVO AND CLARK, LLP**
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone:     (671) 646-9355
Facsimile:     (671) 646-9403

Attorneys for *International Trading Network, Ltd.*

**FILED**
DISTRICT COURT OF GUAM

NOV 19 2004

MARY L. M. MORAN
CLERK OF COURT

(10)

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| ROBERT A. SAMUELSON, SONNY DE VERA, NAPOLEON GONZALES, JR., REYNALDO FIGUEROA, ANGKENITA ANEKO, TULEN TULEN, ROZIE TAKAMINE, DANIEL H. HIPOLITO and JOHN M. McCORMICK,<br><br>Plaintiffs,<br><br>-v-<br><br>INTERNATIONAL TRADING NETWORK, LTD. d/b/a HYATT REGENCY GUAM,<br><br>Defendant. | CIVIL CASE NO. 04-00043<br><br><br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that a true and correct copy of Defendant International Trading Network, LTD. *dba* Hyatt Regency Guam's **Answer**, was served via Hand Delivery on November 19, 2004, to the following:

Wilfred R. Mann, Esq.
**BERMAN, O'CONNOR, MANN & SHKLOV**
**Suite 503, Bank of Guam Building**
**111 Chalan Santo Papa**
**Hagatna, Guam 96910**

DC041119.56-0002A-1.COS                                             1

Dated this 19th day of November, 2004.

CALVO AND CLARK, LLP
Attorneys at Law

By: _____

**MICHAEL A. PANGELINAN**