BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778

Attorneys for Plaintiffs
*Robert A. Samuelson, et al.*

FILED
DISTRICT COURT OF GUAM
DEC - 8 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

ROBERT A. SAMUELSON, SONNY DE VERA, NAPOLEON GONZALES, JR., REYNALDO FIGUEROA, ANGKENITA ANEKO, TULEN TULEN, ROZIE TAKAMINE, DANIEL H. HIPOLITO, JOHN M. McCORMICK, SEIKO M. KIRACHKY, NELSON S. PIUS, and BWANINA D. SALLE,

    Plaintiffs,

vs.

INTERNATIONAL TRADING NETWORK, LTD. d/b/a HYATT REGENCY GUAM,

    Defendant.

CIVIL CASE NO. 04-00043

**STIPULATED DISCOVERY PLAN**

The parties hereto, by and through their attorneys, hereby stipulate to the following Discovery Plan:

    1.    <u>Initial Disclosures</u>. The Initial Disclosures as required by FRCP 26(a)(1) and Local Rule 26.2 will be made on January 21, 2004

    2.    <u>Schedule of Discovery</u>. Discovery will be needed regarding the basis upon which the Defendant classified the Plaintiffs as exempt from the overtime pay requirements under Guam and Federal law, along with discovery as to the work done by the Plaintiffs on a day to day basis. Following the Initial Disclosures, each party may send written discovery to the other, including Interrogatories, Request for Production of Documents, and Request for Admissions.

    The Plaintiffs intend to depose certain management personnel of the Defendant who are familiar with the basis for classifying the Plaintiffs as executives for overtime pay purposes. The

Robert A. Samuelson, Sonny De Vera, Napoleon Gonzales, Jr.,
Reynaldo Figueroa, Angkenita Aneko, Tulen Tulen, Rozie Takamine, Daniel H. Hipolito, John M. McCormick, Seiko M. Kirachky, Nelson S. Pius, and Bwanina D. Salle
STIPULATED DISCOVERY PLAN

Page 2

Plaintiffs may also depose relevant personnel of the Defendant familiar with the hours worked by the Plaintiffs, dates of vacation, and the dates of employment of the Plaintiffs with the Defendant.

The Defendant intends to depose all of the Plaintiffs plus any persons revealed in discovery that Defendant believes necessary to depose.

Each side intends to depose any expert witnesses endorsed by the other side.

The discovery cut-off (defined is the last date to file responses to discovery) is _____ (Plaintiffs request June 24, 2005; Defendant requests September 23, 2005).

3. <u>Limitations on Discovery</u>. FRCP 33 and Local Rule 33.1 limit the number of Interrogatories and Requests for Admission to twenty-five in number including subparts. However, twelve Plaintiffs are named in the Plaintiffs' Second Amended Complaint. An Interrogatory to the opposing party requesting a statement as to the basis of the claim that each Plaintiff is either exempt or non-exempt from overtime pay requirements shall count as one Interrogatory. Otherwise, the stated limitations on the number of Interrogatories and Requests for Admission shall apply.

4. <u>Other Orders</u>. The parties are not aware at this time of any additional orders that should be entered by the Court regarding discovery.

Respectfully submitted,

**CALVO & CLARK, LLC**                **BERMAN O'CONNOR MANN & SHKLOV**

_____           _____
MICHAEL A. PANGELINAN                BILL R. MANN
Attorney for Defendant                Attorney for Plaintiffs

Dated: 12/8/04                       Dated: 12/8/04