FILED
DISTRICT COURT OF GUAM

DEC 17 2004

MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

ROBERT A. SAMUELSON, *et al.*,

     Plaintiff,

  vs.

INTERNATIONAL TRADING
NETWORK LTD. D/b/a/ HYATT
REGENCY GUAM,

     Defendants.

Civil Case No. 04-00043

ORDER

    Due to the scheduling needs of the Court, the December 23, 2004 Scheduling Conference is hereby moved to Tuesday, December 22, 2004 at 10:30 a.m.

    SO ORDERED this 17th day of December 2004.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge