FILED
DISTRICT COURT OF GUAM
DEC 21 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| ROBERT A. SAMUELSON, *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL TRADING NETWORK LTD. D/b/a/ HYATT REGENCY GUAM,<br><br>Defendants. | Civil Case No. 04-00043<br><br><br><br>AMENDED ORDER |

The Court hereby amends its Order of December 17, 2004 (Docket No. 12) and sets the Scheduling Conference for Wednesday, December 22, 2004 at 10:30 a.m.

SO ORDERED this 21st day of December 2004.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge