**DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CIVIL MINUTES - GENERAL**

FILED
DISTRICT COURT OF GUAM
DEC 22 2004
MARY L. M. MORAN
CLERK OF COURT

**CASE NO.** CV-04-00043     **DATE:** 12/22/2004     **TIME:** 10:34 a.m.

**CAPTION:** ROBERT A. SAMUELSON, et al. - vs - INTERNATIONAL TRADING NETWORK, LTD dba HYATT REGENCY GUAM

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding     Law Clerk: Judith Hatton
Court Recorder & Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 10:34:44 - 11:09:07     CSO: B. Pereda

*********************** **APPEARANCES** ***********************

**COUNSEL FOR PLAINTIFF(s):**     **COUNSEL FOR DEFENDANT(s):**

WILLIAM MANN     DANIEL BENJAMIN

***

**PROCEEDINGS:**     **SCHEDULING CONFERENCE**

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT

( ) MOTION(s) ___ Granted ___ Denied ___ Settled ___ Withdrawn ___ Under Advisement

( ) ORDER SUBMITTED ___ Approved ___ Disapproved

( ) ORDER to be Prepared By: _____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

The Court and parties discussed the dates to be set in the Scheduling Order and agreed on the following:

- Discovery Cut-off: August 31, 2005
- Discovery Motion Cut-off: September 6, 2005
- Discovery Motion Hearing Date: September 27, 2005 at 10:00 a.m.
- Dispositive Motion Cut-off: October 11, 2005
- Dispositive Motion Hearing Date: November 1, 2005 at 10:00 a.m.
- Preliminary Pretrial Conference: November 15, 2005 at 10:30 a.m.
- Pretrial Materials and Pretrial Order due November 22, 2005
- Final Pretrial Conference: November 29, 2005 at 10:00 a.m.
- Trial date: December 6, 2005 at 9:00 a.m.

Trial is anticipated to last from five to eight days.

The Court informed parties that the agreed upon dates will be inserted in the proposed scheduling order.

COURTROOM DEPUTY: _____