BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778

Attorneys for Plaintiffs
*Robert A. Samuelson, et al.*

FILED
DISTRICT COURT OF GUAM
DEC 22 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

ROBERT A. SAMUELSON, SONNY DE VERA, NAPOLEON GONZALES, JR., REYNALDO FIGUEROA, ANGKENITA ANEKO, TULEN TULEN, ROZIE TAKAMINE, DANIEL H. HIPOLITO, JOHN M. McCORMICK, SEIKO M. KIRACHKY, NELSON S. PIUS, and BWANINA D. SALLE,

    Plaintiffs,

vs.

INTERNATIONAL TRADING NETWORK, LTD. d/b/a HYATT REGENCY GUAM,

    Defendant.

CIVIL CASE NO. 04-00043

**SCHEDULING ORDER**

COME NOW the above-named parties, by and through their respective counsel, and submit this Scheduling Order and Discovery Plan pursuant to this Court's Scheduling Notice of November 3, 2004.

1.    <u>Nature of the Case</u>. The Plaintiffs claim they are present or former employees of the Defendant International Trading Network, Ltd. d/b/a Hyatt Regency Guam ("Hyatt Hotel"). They claim the Hyatt Hotel has failed to pay them for overtime work in excess of forty hours per week in violation of both Federal and Guam law. They claim that the Hyatt Hotel improperly classified them as executives, which classification was willful and not in good faith, thereby entitling them to unpaid wages plus liquidated damages in the amount of their unpaid wages plus attorney fees and costs.

The Hyatt Hotel denies that it has misclassified the Plaintiffs or wrongfully failed to pay overtime wages. In addition, the Hyatt Hotel raises various defenses including

Robert A. Samuelson, Sonny De Vera, Napoleon Gonzales, Jr.,
Reynaldo Figueroa, Angkenita Aneko, Tulen Tulen, John M. McCormick,
Seiko M. Kirachky, Nelson S. Pius, and Bwanina D. Salle
SCHEDULING ORDER
Civil Case No. 04-00043

failure to state a claim, statute of limitations, laches, unclean hands, waiver, estoppel, failure to mitigate, bad faith, fraud, insufficiency of service of process, and failure to join an indispensable party.

    2.    <u>Posture of the Case</u>. The Plaintiffs have filed a Second Amended Complaint, to which the Hyatt Hotel has filed an Answer. No motions have been filed. The parties have not yet initiated discovery.

    3.    All Motions to Add Parties and Claims shall be filed on or before the 18th day of February, 2005.

    4.    All Motions to Amend Pleadings shall be filed on or before March 18, 2005.

    5.    The Discovery Plan attached hereto is adopted and incorporated as part of this Scheduling Order.

    6.    The parties shall appear before the District Court on December 22, 2004, at 10:30 am ~~3:00 p.m.~~ for the Scheduling Conference.

    7.    The discovery cut-off date (defined as the last day to file responses to discovery) is __August 31__, 2005. (Plaintiffs request June 25, 2005; Defendant requests September 23, 2005).

    8(a).    It is premature to anticipate discovery motions at this time. Any discovery motion shall be filed on or before __September 6__ 2005 (Plaintiffs request August 12, 2005; Defendant requests November 11, 2005), and heard on or before __September 27__ 2005 at 10:00 am (Plaintiffs request September 16, 2005; Defendant requests December 16, 2005).

    (b).    It is premature to anticipate dispositive motions at this time. Any dispositive motions shall be filed on or before __October 11__, 2005 (Plaintiffs request August 12, 2005; Defendant requests November 11, 2005), and heard on or before __November 1__,

Robert A. Samuelson, Sonny De Vera, Napoleon Gonzales, Jr.,
Reynaldo Figueroa, Angkenita Aneko, Tulen Tulen, John M. McCormick,
Seiko M. Kirachky, Nelson S. Pius, and Bwanina D. Salle
SCHEDULING ORDER
Civil Case No. 04-00043

2005 at 10:00 am (Plaintiffs request September 16, 2005; Defendant requests December 16, 2005).

9. The prospects for settlement cannot be evaluated at this time since it will be necessary to engage in at least preliminary discovery before evaluating the case for settlement.

10. The Preliminary Pretrial Conference shall be held on Nov. 15, 2005 at 10:30 am (Plaintiffs request October 17, 2005; Defendant requests January 17, 2006).

11. The parties' pretrial materials, discovery material, witness list, designations and exhibit list shall be filed on or before November 22, 2005 (Plaintiffs request October 24, 2005; Defendant requests January 24, 2006).

12. The Proposed Pretrial Order shall be filed on or before November 22, 2005 (Plaintiffs request October 24, 2005; Defendant requests January 24, 2006).

13. The Final Pretrial Conference shall be held on November 29, 2005 at 10:00 a (Plaintiffs request October 31, 2005; Defendant requests January 31, 2006).

14. The trial shall commence on Dec. 6, 2005 at 9:00 am (Plaintiffs request November 7, 2005; Defendants request February 7, 2006).

15. The trial is not a jury trial.

16. It is anticipated that it will take five trial days to try this case.

17. The names of counsel on the case are Bill R. Mann for the Plaintiffs and Michael A. Pangelinan for the Defendant.

18. The parties do wish to submit this case to a settlement conference.

19. The parties have no suggestions for shortening trial at this time.

20. The following issues will also affect the status or management of the case:

E:\Deenie\Pldgs\Samuelson-Hyatt\Sched Order.wpd

Robert A. Samuelson, Sonny De Vera, Napoleon Gonzales, Jr.,
Reynaldo Figueroa, Angkenita Aneko, Tulen Tulen, John M. McCormick,
Seiko M. Kirachky, Nelson S. Pius, and Bwanina D. Salle
SCHEDULING ORDER
Civil Case No. 04-00043

Page 4

None at this time.

Dated this 22nd day of December, 2004.

RECEIVED
DEC -8 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

_____
District Court Judge/Magistrate

Approved as to form and substance:

**BERMAN O'CONNOR MANN & SHKLOV**

By: _____  Dated: 12/8/04
**BILL R. MANN**
Attorney for Plaintiffs

**CALVO & CLARK, LLP**

By: _____  Dated: 12/8/04
**MICHAEL A. PANGELINAN**
Attorney for Defendant

E:\Deenie\Pldgs\Samuelson-Hyatt\Sched Order.wpd