1  **BERMAN O'CONNOR MANN & SHKLOV**
   Suite 503, Bank of Guam Building
2  111 Chalan Santo Papa
   Hagåtña, Guam 96910
3  Telephone: (671) 477-2778

4  Attorneys for Plaintiffs
   *Robert A. Samuelson, et al.*

5

FILED
DISTRICT COURT OF GUAM

JAN 13 2005

MARY L.M. MORAN
CLERK OF COURT

6                    IN THE DISTRICT COURT OF GUAM

7

8

9  ROBERT A. SAMUELSON, SONNY DE VERA,)          CIVIL CASE NO. 04-00043
   NAPOLEON GONZALES, JR., REYNALDO   )
10 FIGUEROA, ANGKENITA ANEKO, TULEN   )
   TULEN, ROZIE TAKAMINE, DANIEL H.   )
11 HIPOLITO, JOHN M. McCORMICK,        )
   SEIKO M. KIRACHKY, NELSON S. PIUS,  )
12 and BWANINA D. SALLE,               )

13                    Plaintiffs,        )

14              vs.                       )       **AMENDED STIPULATED**
                                          )       **DISCOVERY PLAN**
15 INTERNATIONAL TRADING NETWORK,       )
   LTD. d/b/a HYATT REGENCY GUAM,       )
16                                        )
                    Defendant.           )
17 _____)

18       The parties hereto, by and through their attorneys, hereby stipulate to the following

19 Amended Discovery Plan:

20       1.    Initial Disclosures. The Initial Disclosures as required by FRCP 26(a)(1) and Local

21 Rule 26.2 will be made on January 21, 2004

22       2.    Schedule of Discovery. Discovery will be needed regarding the basis upon which the

23 Defendant classified the Plaintiffs as exempt from the overtime pay requirements under Guam and

24 Federal law, along with discovery as to the work done by the Plaintiffs on a day to day basis.

25 Following the Initial Disclosures, each party may send written discovery to the other, including

26 Interrogatories, Request for Production of Documents, and Request for Admissions.

27       The Plaintiffs intend to depose certain management personnel of the Defendant who

28 are familiar with the basis for classifying the Plaintiffs as executives for overtime pay purposes. The

E:\Deenie\Pldgs\Samuelson-Hyatt\Am Stip Discv Plan.wpd

1

Robert A. Samuelson, Sonny De Vera, Napoleon Gonzales, Jr.,

2
Reynaldo Figueroa, Angkenita Aneko, Tulen Tulen, Rozie Takamine, Daniel H. Hipolito, John M. McCormick, Seiko
M. Kirachky, Nelson S. Pius, and Bwanina D. Salle

3
AMENDED STIPULATED DISCOVERY PLAN

4

Page 2

5    Plaintiffs may also depose relevant personnel of the Defendant familiar with the hours worked by

6    the Plaintiffs, dates of vacation, and the dates of employment of the Plaintiffs with the Defendant.

7           The Defendant intends to depose all of the Plaintiffs plus any persons revealed in discovery

8    that Defendant believes necessary to depose.

9           Each side intends to depose any expert witnesses endorsed by the other side.

10          The discovery cut-off (defined is the last date to file responses to discovery) is August 31,

11   2005.

12          3.     Limitations on Discovery.  FRCP 33 and Local Rule 33.1 limit the number of

13   Interrogatories and Requests for Admission to twenty-five in number including subparts.  However,

14   twelve Plaintiffs are named in the Plaintiffs' Second Amended Complaint.  An Interrogatory to the

15   opposing party requesting a statement as to the basis of the claim that each Plaintiff is either exempt

16   or non-exempt from overtime pay requirements shall count as one Interrogatory.  Otherwise, the

17   stated limitations on the number of Interrogatories and Requests for Admission shall apply.

18          4.     Other Orders.  The parties are not aware at this time of any additional orders that

19   should be entered by the Court regarding discovery.

20                                           Respectfully submitted,

21   CALVO & CLARK, LLC                      BERMAN O'CONNOR MANN & SHKLOV

22

23   _____               _____

24   DANIEL M. BENJAMIN                      BILL R. MANN
     Attorney for Defendant                 Attorney for Plaintiffs

25

26   Dated: 1/12/04                          Dated: 12/27/04

27

28

E:\Deenie\Pldgs\Samuelson-Hyatt\Am Stip Discv Plan.wpd