BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

Attorneys for Plaintiffs
*Robert A. Samuelson, et al.*

**FILED**
DISTRICT COURT OF GUAM

JAN 13 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROBERT A. SAMUELSON, SONNY DE VERA, NAPOLEON GONZALES, JR., REYNALDO FIGUEROA, ANGKENITA ANEKO, TULEN TULEN, ROZIE TAKAMINE, DANIEL H. HIPOLITO, JOHN M. McCORMICK, SEIKO M. KIRACHKY, NELSON S. PIUS, and BWANINA D. SALLE,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL TRADING NETWORK, LTD. d/b/a HYATT REGENCY GUAM,<br><br>Defendant. | CIVIL CASE NO. 04-00043<br><br>**ERRATA TO PLAINTIFFS' AMENDED STIPULATED DISCOVERY PLAN** |

The Plaintiffs note that on page 1, paragraph 1, of Plaintiffs' Amended Stipulated Discovery Plan, the date indicated is January 21, 2004, instead of January 21, 2005. Plaintiffs' counsel apologizes for any inconvenience caused to the Court.

DATED this ____ day of January, 2005.

Respectfully submitted,

BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Plaintiffs

By: _____
BILL R. MANN