BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778

Attorneys for Plaintiffs
*Robert A. Samuelson, et al.*

FILED
DISTRICT COURT OF GUAM
JAN 21 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROBERT A. SAMUELSON, SONNY DE VERA, NAPOLEON GONZALES, JR., REYNALDO FIGUEROA, ANGKENITA ANEKO, TULEN TULEN, ROZIE TAKAMINE, DANIEL H. HIPOLITO, JOHN M. McCORMICK, SEIKO M. KIRACHKY, NELSON S. PIUS, and BWANINA D. SALLE,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL TRADING NETWORK, LTD. d/b/a HYATT REGENCY GUAM,<br><br>Defendant. | CIVIL CASE NO. 04-00043<br><br><br><br><br><br><br><br>**STIPULATION TO FILE<br>THIRD AMENDED COMPLAINT** |

The Plaintiffs and the Defendant, by and through their respective counsel, hereby stipulate that the Plaintiffs may file a Third Amended Complaint in the form accompanying this Stipulation.

| CALVO & CLARK, LLC | BERMAN O'CONNOR MANN & SHKLOV |
|---|---|
| *[signature]* | *[signature]* |
| DANIEL M. BENJAMIN | BILL R. MANN |
| Attorney for Defendant | Attorney for Plaintiffs |
| Dated: Jan 20, 2005 | Dated: Jan 20, 2005 |

E:\Deenie\Fax\Stip re 3d Am Complaint.wpd