MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
238 A.F.C. Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090
Facsimile: (671) 477-5206

Attorneys for Defendants International Trading Network,
Ltd., and Marianas Hospitality Corporation

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| ROBERT A. SAMUELSON, SONNY DE VERA, NAPOLEON GONZALES, JR., REYNALDO FIGUEROA, ANGKENITA ANEKO, TULEN TULEN, ROZIE TAKAMINE, DANIEL H. HIPOLITO, JOHN M. MCCORMICK, SEIKO M. KIRACHKY, NELSON S. PIUS and BWANINA D. SALLE,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL TRADING NETWORK, LTD. d/b/a HYATT REGENCY GUAM, and MARIANAS HOSPITALITY CORPORATION d/b/a HYATT REGENCY GUAM,<br><br>Defendants. | CIVIL CASE NO. 04-00043<br><br><br><br>**CERTIFICATE OF SERVICE** |

I, RANDALL TODD THOMPSON, hereby certify that I have caused copies of the *ANSWER TO THIRD AMENDED COMPLAINT and SUBSTITUTION OF COUNSEL AND ORDER*, to be served upon the following office as set forth below:

//

//

1

**ORIGINAL**

On May 10, 2005, via hand delivery to:

BILL R. MANN, ESQ.
Berman O'Connor Mann & Shklov
111 Chalan Santo Papa
Hagåtña, Guam 96910
Attorneys for Plaintiff

Dated this 10th day of May, 2005.

       **MAIR, MAIR, SPADE & THOMPSON**
       A Professional Corporation
       Attorneys for Defendants

       By _____
         RANDALL TODD THOMPSON

P05265.rtt

2