MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
238 A.F.C. Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090
Facsimile: (671) 477-5206

IN THE DISTRICT COURT OF GUAM

ROBERT A. SAMUELSON, SONNY DE VERA, NAPOLEON GONZALES, JR., REYNALDO FIGUEROA, ANGKENITA ANEKO, TULEN TULEN, ROZIE TAKAMINE, DANIEL H. HIPOLITO, JOHN M. MCCORMICK, SEIKO M. KIRACHKY, NELSON S. PIUS and BWANINA D. SALLE,

Plaintiffs,

v.

INTERNATIONAL TRADING NETWORK, LTD. d/b/a HYATT REGENCY GUAM, and MARIANAS HOSPITALITY CORPORATION d/b/a HYATT REGENCY GUAM,

Defendants.

CIVIL CASE NO. 04-00043

**SUBSTITUTION OF COUNSEL AND ORDER**

NOTICE IS HEREBY GIVEN that the law firm of Calvo and Clark withdraws as counsel of record for Defendants International Trading Network and Marianas Hospitality Corporation in the above-captioned matter.

**CALVO AND CLARK, LLP**

By _____
MICHAEL A. PANGELINAN
Date: 5-17-05

**DEFENDANTS INTERNATIONAL TRADING NETWORK, LTD. and MARIANAS HOSPITALITY CORPORATION**

By _____
MUSTAFA ISSA, General Manager
Date: 5·18·05

1

PLEASE ENTER the appearance of the law firm of Mair, Mair, Spade & Thompson as counsel of record for Defendants International Trading Network, Ltd., and Marianas Hospitality Corporation.

Dated this 11th day of May, 2005.

MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation

By _____ for
RANDALL TODD THOMPSON

## ORDER

APPROVED AND SO ORDERED this 19th day of May, 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

RECEIVED
MAY 18 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

P05261.rtt

2