MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
238 A.F.C. Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090
Facsimile: (671) 477-5206

Attorneys for Defendants International Trading Network,
Ltd., and Marianas Hospitality Corporation

**FILED**
DISTRICT COURT OF GUAM

MAY 23 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| ROBERT A. SAMUELSON, SONNY DE VERA, NAPOLEON GONZALES, JR., REYNALDO FIGUEROA, ANGKENITA ANEKO, TULEN TULEN, ROZIE TAKAMINE, DANIEL H. HIPOLITO, JOHN M. MCCORMICK, SEIKO M. KIRACHKY, NELSON S. PIUS and BWANINA D. SALLE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>INTERNATIONAL TRADING NETWORK, LTD. d/b/a HYATT REGENCY GUAM, and MARIANAS HOSPITALITY CORPORATION d/b/a HYATT REGENCY GUAM,<br><br>　　　　　Defendants. | CIVIL CASE NO. 04-00043<br><br>**CERTIFICATE OF SERVICE** |

I, MARIA T. CENZON-DUENAS, hereby certify that I have caused a copy of the **SUBSTITUTION OF COUNSEL AND ORDER** filed on May 19, 2005, to be served upon the following office as set forth below:

//

//

1

ORIGINAL

On May 20, 2005, via hand delivery to:

>BILL R. MANN, ESQ.
>Berman O'Connor Mann & Shklov
>111 Chalan Santo Papa
>Hagåtña, Guam 96910
>Attorneys for Plaintiff

Dated this 20th day of May, 2005.

>**MAIR, MAIR, SPADE & THOMPSON**
>A Professional Corporation
>Attorneys for Defendants
>
>By _____
>MARIA T. CENZON-DUENAS

P05270.rtt