MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
238 A.F.C. Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090
Facsimile: (671) 477-5206

Attorneys for Defendants International Trading Network,
  Ltd., and Marianas Hospitality Corporation

FILED
DISTRICT COURT OF GUAM
MAY 23 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROBERT A. SAMUELSON, SONNY DE VERA, NAPOLEON GONZALES, JR., REYNALDO FIGUEROA, ANGKENITA ANEKO, TULEN TULEN, ROZIE TAKAMINE, DANIEL H. HIPOLITO, JOHN M. MCCORMICK, SEIKO M. KIRACHKY, NELSON S. PIUS and BWANINA D. SALLE,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL TRADING NETWORK, LTD. d/b/a HYATT REGENCY GUAM, and MARIANAS HOSPITALITY CORPORATION d/b/a HYATT REGENCY GUAM,<br><br>Defendants. | CIVIL CASE NO. 04-00043<br><br>**NOTICE TO TAKE DEPOSITIONS** |

TO: **PLAINTIFFS and their counsel of record, BERMAN, O'CONNOR, MANN & SHKLOV**

PLEASE TAKE NOTICE that DEFENDANTS INTERNATIONAL TRADING NETWORK, LTD. d/b/a HYATT REGENCY GUAM and MARIANAS HOSPITALITY CORPORATION d/b/a HYATT REGENCY GUAM will take the deposition of the following individuals on the dates and times indicated below:

| **DEPONENT** | **DATE** | **TIME** |
|---|---|---|
| Reynaldo Figueroa | June 23, 2005 | 8:30 a.m. |
| Robert A. Samuelson (telephonically) | June 23, 2005 | 1:30 p.m. |
| Tulen Tulen | June 24, 2005 | 8:30 a.m. |
| Bwanina D. Salle | June 24, 2005 | 10:30 a.m. |
| Daniel H. Hipolito | June 24, 2005 | 1:30 p.m. |
| John M. McCormick | June 24, 2005 | 3:30 p.m. |

at the law office of MAIR, MAIR, SPADE & THOMPSON, P.C., 238 A.F.C. Flores Street, Suite 801, Pacific News Building, Hagatna, Guam 96910, in the above-entitled action, pursuant to Rule 30, Rules of Civil Procedure, before a notary public or before some other officer authorized by law to administer oaths. You are invited to attend and cross-examine.

Dated this 20th day of May, 2005.

MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys for Defendants

By _____
MARIA T. CENZON-DUENAS

P05725.MTCD.wpd

2