MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
238 A.F.C. Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090
Facsimile: (671) 477-5206

Attorneys for Defendants International Trading Network,
Ltd., and Marianas Hospitality Corporation

**FILED**
DISTRICT COURT OF GUAM
MAY 23 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| ROBERT A. SAMUELSON, SONNY DE VERA, NAPOLEON GONZALES, JR., REYNALDO FIGUEROA, ANGKENITA ANEKO, TULEN TULEN, ROZIE TAKAMINE, DANIEL H. HIPOLITO, JOHN M. MCCORMICK, SEIKO M. KIRACHKY, NELSON S. PIUS and BWANINA D. SALLE,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL TRADING NETWORK, LTD. d/b/a HYATT REGENCY GUAM, and MARIANAS HOSPITALITY CORPORATION d/b/a HYATT REGENCY GUAM,<br><br>Defendants. | CIVIL CASE NO. 04-00043<br><br>**CERTIFICATE OF SERVICE** |

I, MARIA T. CENZON-DUENAS, hereby certify that I have caused a copy of the **NOTICE TO TAKE DEPOSITIONS** to be served upon the following office as set forth below:

//

//

1

ORIGINAL

On May 23, 2005, via hand delivery to:

        BILL R. MANN, ESQ.
        Berman O'Connor Mann & Shklov
        111 Chalan Santo Papa
        Hagåtña, Guam 96910
        Attorneys for Plaintiff

Dated this 23rd day of May, 2005.

        **MAIR, MAIR, SPADE & THOMPSON**
        A Professional Corporation
        Attorneys for Defendants

        By_____
            MARIA T. CENZON-DUENAS

P05226.mtcd

2

Case 1:04-cv-00043   Document 26   Filed 05/23/2005   Page 2 of 2