| | |
|---|---|
| 1 | MAIR, MAIR, SPADE & THOMPSON |
| | A Professional Corporation |
| 2 | Attorneys at Law |
| | 238 A.F.C. Flores Street |
| 3 | Suite 801, Pacific News Building |
| | Hagåtña, Guam 96910 |
| 4 | Telephone: (671) 472-2089/2090 |
| | Facsimile: (671) 477-5206 |
| 5 | |
| | Attorneys for Defendants International Trading Network, |
| 6 | Ltd., and Marianas Hospitality Corporation |

FILED
DISTRICT COURT OF GUAM
OCT -3 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

ROBERT A. SAMUELSON, SONNY DE VERA, NAPOLEON GONZALES, JR., REYNALDO FIGUEROA, ANGKENITA ANEKO, TULEN TULEN, ROZIE TAKAMINE, DANIEL H. HIPOLITO, JOHN M. MCCORMICK, SEIKO M. KIRACHKY, NELSON S. PIUS and BWANINA D. SALLE,

    Plaintiffs,

v.

INTERNATIONAL TRADING NETWORK, LTD. d/b/a HYATT REGENCY GUAM, and MARIANAS HOSPITALITY CORPORATION d/b/a HYATT REGENCY GUAM,

    Defendants.

CIVIL CASE NO. 04-00043

STIPULATION ~~AND ORDER~~ r/o FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between ROBERT A. SAMUELSON, SONNY DE VERA, NAPOLEON GONZALES, JR., DANIEL H. HIPOLITO, REYNALDO FIGUEROA, and ANGKENITA ANEKO (collectively the "Plaintiffs") and INTERNATIONAL TRADING NETWORK, LTD d/b/a HYATT REGENCY GUAM and MARIANAS HOSPITALITY CORPORATION d/b/a HYATT REGENCY GUAM (collectively the "Defendants"), that the Complaint filed by Plaintiffs against the Defendants, and any other claims that could have been asserted against Defendants in the above-captioned action are hereby dismissed with prejudice.

/ /

**ORIGINAL**

| | |
|---|---|
| 1 | STIPULATION AND ORDER |
| 2 | FOR DISMISSAL WITH PREJUDICE<br>CIVIL CASE NO. CV04-00043 |

SO STIPULATED.

**MAIR, MAIR, SPADE & THOMPSON**
A Professional Corporation
Attorneys for Defendants

Dated: 10/3/05    By *[signature]*
DANA GUTIERREZ-REYES

**BERMAN, O'CONNOR, MANN & SHKLOV**
A Professional Corporation
Attorneys for Plaintiffs

Dated: 10/3/05    By *[signature]*
WILFRED R. MANN

**ORDER**

The above Stipulation is APPROVED AND SO ORDERED.

Dated: _____    _____
Designated Judge
District Court of Guam

P05514.DGR

2