MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
238 A.F.C. Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090
Facsimile: (671) 477-5206

Attorneys for Defendants International Trading Network,
Ltd., and Marianas Hospitality Corporation

FILED
DISTRICT COURT OF GUAM
OCT -7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

ROBERT A. SAMUELSON, SONNY DE ) CIVIL CASE NO. 04-00043
VERA, NAPOLEON GONZALES, JR., )
REYNALDO FIGUEROA, ANGKENITA )
ANEKO, TULEN TULEN, ROZIE )
TAKAMINE, DANIEL H. HIPOLITO, )
JOHN M. MCCORMICK, SEIKO M. )
KIRACHKY, NELSON S. PIUS and )
BWANINA D. SALLE, )
   )
        Plaintiffs, ) **ORDER RE: STIPULATION**
   ) **FOR DISMISSAL WITH**
   v. ) **PREJUDICE**
   )
INTERNATIONAL TRADING NETWORK, )
LTD. d/b/a HYATT REGENCY GUAM, )
and MARIANAS HOSPITALITY )
CORPORATION d/b/a HYATT )
REGENCY GUAM, )
   )
        Defendants. )
_____)

The Stipulation for Dismissal With Prejudice filed as to Plaintiffs Robert A. Samuelson, Sonny DeVera, Napoleon Gonzales, Jr., Daniel H. Hipolito, Reynaldo Figueroa, and Angkenita Aneko, on October 3, 2005, is hereby APPROVED AND SO ORDERED.

Dated: 6 Oct. 2005

LLOYD D. GEORGE,
Designated Judge
District Court of Guam

P05536.DGR

ORIGINAL

RECEIVED
OCT - 4 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM