FILED
DISTRICT COURT OF GUAM
OCT 31 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| ROBERT A. SAMUELSON, et al., | Civil Case No. 04-00043 |
| Plaintiffs, | |
| vs. | ORDER |
| INTERNATIONAL TRADING NETWORK, LTD., dba HYATT REGENCY GUAM, et al., | |
| Defendants. | |

A Settlement Conference shall be held on Wednesday, November 2, 2005, at 9:30 a.m. The Court directs the parties to read this Order carefully as it controls the settlement procedure for this case.

**1. Presence of Lead Counsel.** Unless a party is proceeding *pro se*, the attorney attending the settlement conference must be the lead trial counsel.

**2. Presence of All Parties.** All parties or the party's representative to the litigation must attend the settlement conference. A representative with *unrestricted* settlement authority must appear on behalf of corporations and other business entities.

**3. Insurance Matters.** In cases involving insurance, a representative with *unrestricted* settlement authority must appear on behalf of the insurance company.

**4. Confidential Damage Assessment Statement.** Each party must submit a damage assessment statement for each plaintiff, no more than one (1) page in length, no later than Tuesday, November 1, 2005, at 3:00 p.m. The statement should not be filed, but should be submitted in a sealed envelope and labeled "SEALED: DAMAGE ASSESSMENT

STATEMENT FOR IN CAMERA REVIEW ONLY." The damage assessment statement shall be returned to the party that submitted the statement at the end of the settlement conference.

**5. Prior Settlement Correspondence.** All prior correspondence relating to settlement shall be provided to the Court and submitted together with the damage assessment statement.

**6. Date and Time of Conference.** The settlement conference shall be held on Wednesday, November 2, 2005, at 9:30 a.m. in the fourth floor chambers of the below-signed judge.

SO ORDERED this 31 of October 2005.

WILLIAM ALSUP
Designated U.S. District Judge