# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Robert A. Samuelson, et al., | Case No. 1:04-cv-00043 |
| Plaintiffs, | |
| vs. | |
| International Trading Network, Ltd., etc., et al., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

The following office(s)/individual(s) acknowledged receipt of the *Order re Settlement Conference filed October 31, 2005* on the dates indicated below:

Berman, O'Connor, Mann and Shklov     Mair, Mair, Spade and Thompson, P.C.
*October 31, 2005*                                         *October 31, 2005*

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order re Settlement Conference filed October 31, 2005

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 31, 2005                                 /s/ Renee M. Martinez
                                                                        Deputy Clerk