| | |
|---|---|
| 1 | MAIR, MAIR, SPADE & THOMPSON |
| | A Professional Corporation |
| 2 | Attorneys at Law |
| | 238 A.F.C. Flores Street |
| 3 | Suite 801, Pacific News Building |
| | Hagåtña, Guam 96910 |
| 4 | Telephone: (671) 472-2089/2090 |
| | Facsimile: (671) 477-5206 |

1  MAIR, MAIR, SPADE & THOMPSON
   A Professional Corporation
2  Attorneys at Law
   238 A.F.C. Flores Street
3  Suite 801, Pacific News Building
   Hagåtña, Guam 96910
4  Telephone: (671) 472-2089/2090
   Facsimile:  (671) 477-5206
5
   Attorneys for Defendants International Trading Network,
6    Ltd., and Marianas Hospitality Corporation

**FILED**
DISTRICT COURT OF GUAM
NOV - 2 2005 ~P
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

ROBERT A. SAMUELSON, SONNY DE ) CIVIL CASE NO. 04-00043
VERA, NAPOLEON GONZALES, JR., )
REYNALDO FIGUEROA, ANGKENITA )
ANEKO, TULEN TULEN, ROZIE )
TAKAMINE, DANIEL H. HIPOLITO, )
JOHN M. MCCORMICK, SEIKO M. )
KIRACHKY, NELSON S. PIUS and )
BWANINA D. SALLE, )
) **STIPULATION FOR DISMISSAL**
      Plaintiffs, ) **WITH PREJUDICE**
)
   v. )
)
INTERNATIONAL TRADING NETWORK, )
LTD. d/b/a HYATT REGENCY GUAM, )
and MARIANAS HOSPITALITY )
CORPORATION d/b/a HYATT )
REGENCY GUAM, )
)
      Defendants. )
_____ )

IT IS HEREBY STIPULATED AND AGREED, by and between NELSON S. PIUS and BWANINA D. SALLE (collectively the "Plaintiffs") and INTERNATIONAL TRADING NETWORK, LTD. d/b/a HYATT REGENCY GUAM and MARIANAS HOSPITALITY CORPORATION d/b/a HYATT REGENCY GUAM (collectively the "Defendants"), that the Complaint filed by Plaintiffs against

**ORIGINAL**

| | |
|---|---|
| 1 | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| 2 | **CIVIL CASE NO. CV04-00043** |

the Defendants, and any other claims that could have been asserted against Defendants in the above-captioned action are hereby dismissed with prejudice.

SO STIPULATED.

**MAIR, MAIR, SPADE & THOMPSON**
A Professional Corporation
Attorneys for Defendants

Dated: 11/1/05    By: *Dana Gutierrez-Reyes*
DANA GUTIERREZ-REYES

**BERMAN, O'CONNOR, MANN & SHKLOV**
A Professional Corporation
Attorneys for Plaintiffs

Dated: 11/1/05    By: *Wilfred R. Mann*
WILFRED R. MANN

P05738.DGR

2