MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
238 A.F.C. Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090
Facsimile: (671) 477-5206

Attorneys for Defendants International Trading Network,
Ltd., and Marianas Hospitality Corporation

FILED
DISTRICT COURT OF GUAM
NOV - 3 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

ROBERT A. SAMUELSON, SONNY DE VERA, NAPOLEON GONZALES, JR., REYNALDO FIGUEROA, ANGKENITA ANEKO, TULEN TULEN, ROZIE TAKAMINE, DANIEL H. HIPOLITO, JOHN M. MCCORMICK, SEIKO M. KIRACHKY, NELSON S. PIUS and BWANINA D. SALLE,

    Plaintiffs,

v.

INTERNATIONAL TRADING NETWORK, LTD. d/b/a HYATT REGENCY GUAM, and MARIANAS HOSPITALITY CORPORATION d/b/a HYATT REGENCY GUAM,

    Defendants.

CIVIL CASE NO. 04-00043

**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**

The Stipulation for Dismissal With Prejudice filed as to Plaintiffs Nelson S. Pius and Bwanina Salle, on November 1, 2005, is hereby APPROVED AND SO ORDERED.

Dated: 11-7-05

WILLIAM ALSUP
Designated Judge
District Court of Guam

P05737.DGR

ORIGINAL