1  MAIR, MAIR, SPADE & THOMPSON
   A Professional Corporation
2  Attorneys at Law
   238 A.F.C. Flores Street
3  Suite 801, Pacific News Building
   Hagåtña, Guam 96910
4  Telephone:  (671) 472-2089/2090
   Facsimile:  (671) 477-5206
5
   Attorneys for Defendants International Trading Network,
6    Ltd., and Marianas Hospitality Corporation

**FILED**
DISTRICT COURT OF GUAM

NOV - 8 2005

**MARY L.M. MORAN
CLERK OF COURT**

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROBERT A. SAMUELSON, SONNY DE VERA, NAPOLEON GONZALES, JR., REYNALDO FIGUEROA, ANGKENITA ANEKO, TULEN TULEN, ROZIE TAKAMINE, DANIEL H. HIPOLITO, JOHN M. MCCORMICK, SEIKO M. KIRACHKY, NELSON S. PIUS and BWANINA D. SALLE,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL TRADING NETWORK, LTD. d/b/a HYATT REGENCY GUAM, and MARIANAS HOSPITALITY CORPORATION d/b/a HYATT REGENCY GUAM,<br><br>Defendants. | CIVIL CASE NO. 04-00043<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between TULEN TULEN, ROZIE TAKAMINE, SEIKO M. KIRACHKY and JOHN M. MCCORMICK (collectively the "Plaintiffs") and INTERNATIONAL TRADING NETWORK, LTD. d/b/a HYATT REGENCY GUAM and MARIANAS HOSPITALITY CORPORATION d/b/a HYATT REGENCY GUAM (collectively the "Defendants"), that the Complaint filed by Plaintiffs against the Defendants, and any other claims that could have been asserted against Defendants in the above-captioned action are hereby dismissed with prejudice.

**ORIGINAL**

| | |
|---|---|
| 1 | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| 2 | CIVIL CASE NO. CV04-00043 |

SO STIPULATED.

MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys for Defendants

Dated: 11/8/05

By *(signature)*
DANA GUTIERREZ-REYES

BERMAN, O'CONNOR, MANN & SHKLOV
A Professional Corporation
Attorneys for Plaintiffs

Dated: 11/8/05

By *(signature)*
WILFRED R. MANN

P05541.DGR