MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
238 A.F.C. Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090
Facsimile: (671) 477-5206

Attorneys for Defendants International Trading Network,
Ltd., and Marianas Hospitality Corporation

FILED
DISTRICT COURT OF GUAM
NOV 15 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

ROBERT A. SAMUELSON, SONNY DE VERA, NAPOLEON GONZALES, JR., REYNALDO FIGUEROA, ANGKENITA ANEKO, TULEN TULEN, ROZIE TAKAMINE, DANIEL H. HIPOLITO, JOHN M. MCCORMICK, SEIKO M. KIRACHKY, NELSON S. PIUS and BWANINA D. SALLE,

Plaintiffs,

v.

INTERNATIONAL TRADING NETWORK, LTD. d/b/a HYATT REGENCY GUAM, and MARIANAS HOSPITALITY CORPORATION d/b/a HYATT REGENCY GUAM,

Defendants.

CIVIL CASE NO. 04-00043

**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE AND DISMISSAL OF ENTIRE CASE**

The Stipulation for Dismissal With Prejudice filed as to Plaintiffs Tulen Tulen, Rozie Takamine, Seiko M. Kirachky and John M. McCormick on November 8, 2005, is hereby APPROVED AND SO ORDERED; and

/ /

/ /

**ORIGINAL**

ORDER RE: STIPULATION FOR DISMISSAL WITH
PREJUDICE AND DISMISSAL OF ENTIRE CASE
CIVIL CASE NO. 04-00043
Page 2

FURTHER, because all Plaintiffs have dismissed their cases with prejudice against Defendants International Trading Network, Ltd. d/b/a Hyatt Regency Guam, and Marianas Hospitality Corporation d/b/a Hyatt Regency Guam in District Court of Guam Civil Case No. 04-00043, dismissal of the entire case is hereby APPROVED AND SO ORDERED.

Dated: NOV 14 2005

_____
ROBERT CLIVE JONES
Designated Judge
District Court of Guam

P05540.DGR