# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| Robert A. Samuelson, et al. | Civil Case No. 1:04-cv-00043 |
| Plaintiffs, | |
| vs. | **J U D G M E N T** |
| International Trading Network Ltd., etc., et al. | |
| Defendants. | |

*Judgment is hereby entered in accordance with the following Orders:*

1. *Order re Stipulation for Dismissal with Prejudice filed October 7, 2005.*
2. *Order re Stipulation for Dismissal with Prejudice filed November 3, 2005.*
3. *Order re Stipulation for Dismissal with Prejudice and Dismissal of Entire Case filed November 15, 2005.*

/s/ Mary L.M. Moran
Clerk of Court