# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Robert A. Samuelson, et al., | Case No. 1:04-cv-00043 |
| Plaintiffs, | |
| vs. | |
| International Trading Network, Ltd., et al., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

The following office(s)/individual(s) acknowledged receipt of the *Judgment filed November 15, 2005 and Notice of Entry filed November 15, 2005,* on the dates indicated below:

Berman, O'Connor, Mann and Shklov   Mair, Mair, Spade and Thompson, P.C.
November 15, 2005                   November 15, 2005

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Judgment filed November 15, 2005 and Notice of Entry filed November 15, 2005

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 15, 2005                /s/ Renee M. Martinez
                                       Deputy Clerk